# NEW YORK COMMON PLEAS.

OTIS BROTHERS & Co. agt. JOHN D. VOORHIS *et al.*

*Mechanics' liens.*

The notice to foreclose mechanics' liens, required by sec. 5, chap. 500, Laws of 1863, must contain a statement of all the liens filed by lienors other than plaintiff, the amount thereof and the times of filing such liens.

An omission of this character is fatal, and cannot be cured by amendment. The court does not get jurisdiction, and the proceedings must be dismissed.

Any party on whom the notice is served may make the objection; but a general appearance or proceeding in the matter is a waiver of the objection.

*Special Term, at Chambers, May* 21, 1875.

PROCEEDINGS to enforce mechanics' lien upon premises on Broadway, Eighth avenue, Fifty-eighth and Fifty-ninth streets, in the city of New York, owned by John D. Voorhis. Motion by owner on return day of notice to foreclose lien to dismiss proceedings, on the ground of irregularity of notice.

J. F. DALY, *J.* — The statute (*Laws of* 1863, *chap.* 500, *section* 5) prescribes the notice to be given in order to commence proceedings to foreclose the lien, and requires that it shall state " the liens and times of filing, and be served upon all persons having filed notices of lien," &c. The liens thus required to be stated, with times of filing clearly refer to those liens filed by others than the claimant commencing the

Otis Brothers & Co. agt. Voorhis.

proceeding. The omission to state such liens and times of filing is not a merely formal defect or irregularity, but a failure to comply with the statute in matter of substance, and cannot be cured by amendment, but is jurisdictional and fatal to the proceeding if not waived by a general appearance. As to all parties, therefore, who have not entered such appearance, these proceedings must be dismissed. No costs.